IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR336 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ABRAHAM ALVARENGA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant Abraham Alvarenga's Unopposed Motion to Continue Trial [136]. The defendant requires additional time to complete plea-negotiations. The court is advised that co-defendant German J. Reyes, Jr. does not object to the motion. On March 16, 2022, the court had a telephone conference with the government's attorney and Mr. Alvarenga's attorney. The court finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [166] is granted, as follows:

1. The jury trial, **for defendants, Abraham Alvarenga and German J. Reyes, Jr.**, now set for March 29, 2022, is continued to **May 24, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 24, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: March 16, 2022**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge